UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                    Case No. 2:24-cr-20554
                                          Honorable Sean F. Cox

vs.

Kristin Campbell,

        Defendant.

---

**First Forfeiture Bill of Particulars**

---

The United States, by and through its counsel, submits this First Forfeiture Bill of Particulars, pursuant to Rule7(f) of the Federal Rules of Criminal Procedure to supplement and clarify the forfeiture allegations contained in the Indictment and to provide notice of specific property the government intends to forfeit upon conviction.

The allegations set forth in the Indictment are re-alleged and incorporated herein by this reference for the purpose of alleging forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(a) and 18 U.S.C. § 924(d) together with 28 U.S.C § 2461. As a result of violating the offenses set forth in Count One of the Indictment, Kristin Campbell shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) together with 28 U.S.C § 2461 any firearm and ammunition

involved in or used in defendant's knowing violation which includes, but is not limited to the following:

- CHIAPPA FIREARMS LTD HONCHO Shotgun CAL:12 SN: CDUSA08233184 (24-ATF-013920);
- COMBAT ARMORY, LLC CA15 Pistol CAL: Multi SN: AA93325 (24-ATF-013923);
- PALMETTO STATE ARMORY PA-15 Pistol CAL: MULTI SN:SCD281562 (24-ATF-013924);
- PALMETTO STATE ARMORY PA-15 Pistol CAL: MULTI SN:SCD281576 (24-ATF-013925);
- HIPOINT 995 Rifle CAL:9 SN: B21501 (24-ATF-013926);
- CENTURY ARMS INTERNATIONAL RAS47 Pistol CAL:762 SN: RAS471067 (24-ATF-013928);
- Century Arms Pistol CAL:9 Model: Unknown SN: T062423CD01301 (24-ATF-013929);
- Combat Armory Model: Unknown Pistol CAL:9 SN:99010998 (24-ATF-013931);
- Palmetto State Armory 5.7 Rock Pistol CAL:57 SN:RC004897 (24-ATF-013934);
- TISAS - TRABZON GUN INDUSTRY CORP. ZIG M 1911 Pistol CAL:45 SN:023Z20199 (24-ATF-013935);
- GLOCK INC. 22GEN4 Pistol CAL:40 SN: BFBB236 (24-ATF-013939);
- BERSA THUNDER 380 Pistol CAL:380 SN: N14371 (24-ATF-013940);
- Combat Armory Model: Unknown Pistol CAL:9 SN:99011008 (24-ATF-013943);
- TAURUS INTERNATIONAL GX4 Pistol CAL:9 SN:1GA56622 (24-ATF-013944);
- COLT DIAMONDBACK Revolver CAL:38 SN: D55977 (24-ATF-013946); and
- HERITAGE MFG. INC. ROUGH RIDER Revolver CAL:22 SN: W22177 (24-ATF-013948)

This Forfeiture Bill of Particulars is also filed to comply with the provisions of 18 U.S.C. § 983(a)(3), and the government reserves its right to file a civil

forfeiture complaint regarding the identified property, if necessary, at the

conclusion of this criminal action.

This notice does not limit the government from seeking the forfeiture of

additional specific property, including substitute assets, or limit the government

from seeking the imposition of a forfeiture money judgment.

Respectfully submitted,

Dawn N. Ison
United States Attorney

S/Catherine E. Morris
Catherine E. Morris (P84371)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9562
Dated: November 13, 2024          Catherine.Morris@usdoj.gov

3

## **Certification of Service**

I hereby certify that on November 13, 2024, the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

S/Catherine E. Morris
Catherine E. Morris (P84371)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9562
Catherine.Morris@usdoj.gov
