**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

United States of America,

        Plaintiff,

                                    Case No. 24-20554

vs.                                 Hon. Sean F. Cox

Kristin Campbell,

        Defendant.

_____/

## Exhibit List

| Exhibit Number | Description |
|---|---|
| 1 | Production Letter January 14, 2025 |