

**U.S. DEPARTMENT OF JUSTICE**

United States Attorney's Office
Eastern District of Michigan

*Stephen Carr*
Assistant United States Attorney
General Crimes Unit

211 W. Fort Street, Suite 2001
Detroit, MI 48226
Telephone: (313) 226-9721
Facsimile: (313) 226-2311
E-Mail: Stephen.Carr@usdoj.gov

January 14, 2025

**<u>Via USAfx</u>**

Carole Stanyar
2075 West Stadium Blvd.
Ann Arbor, MI 48106-2235
(313) 819-3953
carolestanyar@gmail.com

      Re:  *United States v. Kristin Terez Campbell*
           Criminal No. 24-cr-20554

Dear Ms. Stanyar:

Pursuant to your request for discovery under Federal Rule of Criminal Procedure 16(a)(1)(A)-(G), you will find the first discovery production in the above referenced matter uploaded to the United States File Exchange System (USAfx). You will receive a notification that prompts you to download the discovery contained in the folder, *US v. CAMPBELL - 01.14.2025 Re-Prod. 1 (No Extractions)*. Please note this is an initial production and discovery will be produced or made available for review on a rolling basis.

The folder contains general discovery as PDF materials bates numbered CAMPBELL_00001-CAMPBELL_01077. This includes reports by ATF, gun records, federal search warrant, search warrant and evidence photos, some subpoenas, subpoena returns/provider records, other relevant discovery material. Some of the subpoena returns are included in their native file formats; these have bates numbered place holders for reference purposes. The hard drive also includes entry and exit sweeps, as well as body-worn camera and patrol car camera footage from the execution of the residence search warrant, in addition to Mr. Campbell's recorded interview. These media files also have corresponding place holders that are bates numbered for reference. An index of this discovery is provided for your convenience. Please contact me if you have any issues accessing any of these materials.

Page **1** of **3**

The data extractions from Mr. Campbell's devices (referenced by bates numbered place holders CAMPBELL_00224-CAMPBELL_00225 and CAMPBELL_01076-CAMPBELL_01077) we unable to be uploaded due to their size. They are available for review at our office until we can find another way to provide these to you.

Individual 1's interview was also recorded (referenced by bates numbered place holder CAMPBELL_00192) and is available for review at our office. Please contact me if you wish to set up a review meeting.

Most of the discovery in this production is subject to the terms of the protective order filed on December 23, 2024 (*see* ECF No. 18). The PDFs pertaining to these materials are saved in a folder titled "Discovery Subject to PO" and are highlighted in red in the discovery index. Please let me know if you believe any discovery is inappropriately labeled as protected, and we can discuss alternative review options. As a reminder, for the items produced pursuant to this protective order, the defendant may view the materials, but a copy cannot be given to the defendant.

Additionally, in order to comply with Federal Rule of Criminal Procedure 16, which requires that I make a formal discovery demand, and to comply with the United States District Court's standing order for discovery, I have included a "Notice of Compliance" and "Demand for Discovery" below.

### NOTICE OF COMPLIANCE WITH FED. R. CRIM. P. 16 AND THE STANDING ORDER FOR DISCOVERY

The use of USAfx to securely transmit discovery constitutes and satisfies the government's obligation to produce the aforementioned discovery in this matter.

In providing you with the above materials, the United States has complied with Federal Rule of Criminal Procedure 16, and the Standing Order for Discovery and Inspection for the United States District Court for the Eastern District of Michigan.

In the event that additional discovery material comes into my possession, you will be notified and it will be made available to you through the above procedure.

### DEMAND FOR RECIPROCAL DISCOVERY

At this time, the United States requests, pursuant to Rule 16(b)(1)(A) and (B), that the Defendant permit the United States to inspect and copy or to photograph:

1) Books, papers, documents, photographs, tangible objects or copies or portions thereof, which are within the possession, custody, or control of the defendant which the defendant intends to introduce as evidence-in-chief at the trial; and

2) Any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with a particular case, or copies thereof within the

possession or control of the defendant which the defendant intends to introduce as evidence-in-chief at the trial or which were prepared by a witness the defendant intends to call at trial when the results or reports relate to his testimony.

Please notify me as soon as possible if such documents, reports, etc., are available so that appropriate arrangements can be made.  This is a continuing request, so that materials which are discovered in the future should be brought to the United States' attention and appropriate arrangements may be made for review.

## DEMAND FOR NOTICE OF ALIBI

Pursuant to Federal Rule of Criminal Procedure 12.1, the United States demands written notice of intention to offer a defense of alibi, stating specifically each place where the defendant claims to have been at the time of the offense and the names, addresses, and phone numbers of the witnesses on whom the defendant intends to rely to establish such alibi.

Thank you in advance for your continued attention to this matter.  If you have any additional questions, please do not hesitate to contact me.

Sincerely,

DAWN N. ISON
United States Attorney

*s/Stephen Carr*
STEPHEN CARR
Assistant United States Attorney

SC/ars
cc: AM (USAO)
USAfx Folder Enclosure: one cover letter, one discovery index, one copy of stipulated protective order, 88 PDFs (in General Discovery folder, containing bates numbered materials CAMPBELL_00001-CAMPBELL_01077), nine media files, 144 excel spreadsheets, and one database file (accdb).